UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 26, 2007

MEMO TO COUNSEL RE: Thomas Palenchar v. Terrence Jarrett, et al.
Civil No. JFM-06-2998

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion to compel discovery.

The motion is granted. I am satisfied that plaintiff is entitled to review Brookneal's driver's logs and receipts concerning Mr. Jarrett for the 90 days prior to the accident. These documents may bear upon the question of Mr. Jarrett's mental capabilities at the time of the accident. Of course, in granting the motion I am not deciding whether the documents are admissible at trial. I am only holding that they are "relevant" to plaintiff's claims within the meaning of Fed. R. Civ. P. 26(b)(1).

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge